NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Eugene Jones, ) | No. CV05-3831-PHX-SRB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Dora B. Schriro, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on November 25, 2005 claiming that the aggravation of his sentence was based upon factors not admitted to or determined by the jury was a violation of his right to trial by jury and that trial counsel was ineffective for failing to object. On May 12, 2006, Respondents filed their answer to Petitioner's Petition for Writ of Habeas Corpus. No reply was filed. On July 18, 2006, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed with prejudice because it was filed after the running of the one-year statute of limitations in 28 U.S.C. § 2244 (d)(i)(A) and there was neither statutory or equitable tolling.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within

1  which to file specific written objections with the Court.   The time to file such objections has
2  long since expired and no objections to the Report and Recommendation have been filed.
3        The Court finds itself in agreement with the Report and Recommendation of the
4  Magistrate Judge.
5        IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
6  as the order of this Court.
7        IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
8  with prejudice.
9        IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
10
11       DATED this 13th day of September, 2006.
12
13
14       Susan R. Bolton
      United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28